### Application of TEAGUE.

Railroad & Public Utilities Commission.

February 6, 1957.

J. Kenneth Ballinger, Tallahassee, for petitioner.

Chairman ALAN S. BOYD, commissioners JERRY W. CARTER and WILBUR C. KING, participated in the disposition of this matter.

BY THE COMMISSION.

By order #3700 entered on January 15, 1957, the commission denied applicant's petition for rehearing in this docket.

On January 23, 1957 applicant filed a petition for reconsideration of order #3700.

88

Rule XV does not contemplate petitions for reconsideration of orders denying petitions for rehearing.

We considered order #3700 a final order. This latest petition does not set forth any matter not already contained in this docket and previously considered by the commission.

Applicant's petition for reconsideration is denied. Order #3700 is affirmed in all respects.